ORDER:
Motion granted.

*s/ John S. Bryant*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| KATHIE MARIE BURTRUM, ) | |
|     Plaintiff, ) | |
| v. ) | CASE NO.: 2:11-0109 |
| ) | JUDGE NIXON |
| ) | MAGISTRATE JUDGE BRYANT |
| **MICHAEL J. ASTRUE**, ) | |
| Commissioner of Social Security, ) | |
|     Defendant. ) | |

## MOTION FOR LEAVE TO SUBSTITUTE THE PREVIOUSLY FILED ADMINISTRATIVE RECORD

Comes now, Defendant, by and through the undersigned Assistant United States Attorney and hereby requests to substitute the previously filed administrative record in this case which was filed on January 13, 2012, (Docket Entry No. 10). For cause, Defendant would show that substituting the administrative record is necessary because there were two pages (Page Nos. 879, 880) that were inadvertently included in administrative record that belong to a different claimant and should not have been a part of this record. Defendant has prepared a new electronic certified administrative record that corrects this error. Defendant requests that this Court and Plaintiff destroy their current copy of the administrative record and that Plaintiff certify by email to the undersigned that this request has been completed.

Therefore, should the Court grant this motion, it is respectfully requested that the attached administrative record be substituted for the previously filed administrative record.

/ / /

/ / /

[signature on next page]