IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| KATHIE MARIE BURTRUM, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | No. 2:11-cv-00109 |
| v. | ) ) | Judge Nixon |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) | Magistrate Judge Bryant |
| Defendant. | ) ) | |

## ORDER

Pending before the Court is Plaintiff Kathie Marie Burtrum's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 14), filed with a Brief in Support (Doc. No. 15). Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 22.) Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report"), recommending that the Motion be denied. (Doc. No. 26 at 15.) The Report was filed on November 1, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Commissioner's Motion for a Stay Because of Lapse of Appropriations (Doc. No. 25) is hereby **TERMINATED AS MOOT**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the _28th_ day of March, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT